JS-6

MAURICE WAINER, ESQ.
SNIPPER WAINER & MARKOFF
270 North Canon Drive, Penthouse
Beverly Hills, CA 90210
(310) 550-5770 / (310) 550-6770 Fax
Mrwainer@swmfirm.com

Attorneys for Plaintiff

GEORGE J. HERNANDEZ, JR., ESQ., SB# 107774
ROBERT W. LOFTON, ESQ., SB#201795
ERICKSEN ARBUTHNOT
835 Wilshire Blvd., Suite 500
Los Angeles, CA 90017-2603
(213) 489-4411
(213) 489-4332 Fax

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS R. O'HANLON, an individual dba O'HANLON APPRAISALS, type of entity unknown, JOHN G. SAWICKI, an individual and DOES 1 through 10, inclusive <br><br> Defendants. | CASE NO: 2:11-cv-05569-RSWL-SH <br><br> Assigned Judge: Ronald S.W. Lew <br><br> Assigned Discovery Magistrate Judge: Stephen J. Hillman <br><br> **ORDER OF DISMISSAL OF ACTION** |

///

///

Based upon the Stipulation for Dismissal of Action with the Court Retaining Jurisdiction entered into between Plaintiff Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, F.S.B. ("FDIC"), on the one hand, and Defendants Thomas R. O'Hanlon, an individual *dba* O'Hanlon Appraisals, and John J. Sawicki (collectively, "Defendants"), on the other hand, it is hereby ordered that:

    1.    This action is dismissed with prejudice.

    2.    The United States District Court for the Central District of California shall retain jurisdiction to enforce the Settlement Agreement entered into between the FDIC and Defendants.

IT IS SO ORDERED.

DATED: 1-8-12

By: __RONALD S.W. LEW__
Hon. Ronald S.W. Lew
Senior, U.S.DISTRICT COURT JUDGE